## DECLARATION OF LARRY PHILPOT

LARRY PHILPOT hereby declares pursuant to 28 U.S.C. § 1746 that the following is true and correct.

CV-17-0069-PHX

1. I am a photographer and the owner of the copyrights that are the subject of this request. I am making this declaration in support of my application pursuant to 17 U.S.C. § 512(h) for the Clerk to issue a subpoena to Domains By Proxy, Inc. to identify the actual registrant of certain domain names.

MC-17-0069-PHX

2. I own the copyright in the following pictorial works, which have been registered with the U.S. Copyright Office under the following numbers:

| Work | Registration No. |
|---|---|
| Buddy Guy | VAu 1-164-648 |
| Kenny Chesney | VAu 1-164-624 |
| Chris Daughtry | VAu 1-164-624 |
| Jerry Lee Lewis | VAu 1-164-648 |
| Kid Rock | Vau 1-182-727 |
| Jonny Lang | VAu 1-164-648 |
| LL Cool J | VAu 1-164-624 |
| Lukas Nelson | VAu 1-132-411 |
| Macy Gray | VAu 1-164-648 |
| Neil Young | VAu 1-164-648 |
| Norah Jones | VAu 1-164-648 |
| Ted Nugent | VAu 1-164-624 |
| Tom Petty | VAu 1-164-624 |
| Randy Travis | VAu 1-164-624 |
| Carlos Santana | VAu 1-164-648 |

| | |
|---|---|
| Jeff Tweedy | VAu 1-164-648 |
| Willie Nelson | VAu 1-132-411 |

3. Each of the following domain names is hosting images that infringes one of my copyrighted works.

all-notes.com
Thegatewaypundit.com
cavemancircus.com
contender.com
dailyheadlines.com
famemoose.com
hooch.net
hotapplenews.com
jonathanturley.org
laurelcanyonradio.com
longroom.com
mainerepublicemailalert.com
notinhalloffame.com
patreon.com
popslam.com
random.com
smokingloud.com
spiritleaf.org
takinbreeze.com
the420times.com
thenewscommentator.com
theospark.net
timesofisrael.com
trendingviews.co
ticketaddiction.com

4. As of Nov 1, 2017, the following URLs contain an infringement of my copyrighted photograph of Kid Rock.

https://www.longroom.com/discussion/597053/left-wing-hack-attacks-gateway-pundit-after-kid-rock-tweet
https://www.thenewscommenter.com/news/boom-kid-rock-leads-in-michigan-senate-race-poll/809278
https://pbs.twimg.com/card_img/922270002098483202/9xJb3xlj?format=jpg&name=144x144_2
https://www.thenewscommenter.com/images/uploads/upload150085812266627_thumb.jpg
http://www.thegatewaypundit.com/2017/07/left-wing-hack-attacks-gateway-pundit-kid-rock-tweet/
http://www.thegatewaypundit.com/2017/07/boom-kid-rock-leads-michigan-senate-race-poll/

5. As of Nov 1, 2017, the following URLs contain an infringement of my copyrighted photograph of LL Cool J.

http://www.notinhalloffame.com/rock-and-roll/144-110-ll-cool-j
http://www.notinhalloffame.com/media/k2/items/cache/ebe9ac202a3149b75a8ae8adb2e1d8a7_L.jpg

6. As of Nov 1, 2017, the following URLs contain an infringement of my copyrighted photograph of Lukas Nelson.

http://www.laurelcanyonradio.com/hear-lukas-nelson-and-promise-of-the-reals-soulful-songs-from-new-lp/
http://takinbreeze.com/2016/01/
http://www.laurelcanyonradio.com/wp-content/uploads/2017/07/220px-Lukas_Nelson-220x280.jpg
http://takinbreeze.com/wp-content/uploads/2016/01/220px-Lukas_Nelson-195x300.jpg

7. As of Nov 1, 2017, the following URLs contain an infringement of my copyrighted photograph of Macy Gray.

http://popslam.com/heres-real-reason-dont-hear-macy-gray-anymore/

8. As of Nov 1, 2017, the following URLs contain an infringement of my copyrighted photograph of Neil Young.

http://www.hotapplenews.com/article/neil-young-pulls-his-albums-from-apple-music-cause-they-sound-soooo-bad-27023605-83d732.html
http://www.timesofisrael.com/neil-young-to-rock-tel-aviv-this-summer/&h=371&w=563&tbnid=zodYbnR_TpitDM&tbnh=182&tbnw=277&usg=__zhKp8z6-gQ9a7brg8EseerSLefk=&docid=4wT_JT_0Xap_fM
http://www.timesofisrael.com/neil-young-concert-canceled/&h=320&w=566&tbnid=hEN2cGPu9IBkXM&tbnh=169&tbnw=299&usg=__K8WMcElPeSW0zOFoZj-nzmBZysY=&docid=jceHp0MFQUoJLM
http://www.timesofisrael.com/jordan-investigates-killing-of-syrian-rebel-commander/&h=79&w=140&tbnid=_dva3aP9GTycxM&tbnh=63&tbnw=112&usg=__Q8MSQVF1EkcOG3aa3dKXHKEO71U=&docid=buvLO7ZBhXSX5M

9. As of Nov 1, 2017, the following URLs contain an infringement of my copyrighted photograph of Ted Nugent.

http://cavemancircus.com/2017/06/28/9-gloriously-depraved-rock-roll-stories/
https://www.contender.com/ted-nugent-tickets
dailyheadlines.net/2015/07/breasts-now-we-know-the-science-behind-why-men-love-them-so-much/
dailyheadlines.net/2015/09/hysterical-ted-nugent-if-obamas-a-christian-then-im-a/#
http://www.hooch.net/stars-gave-children-adoption/
https://jonathanturley.org/2016/02/10/ted-nugent-unleashes-rabidly-anti-semitic-rant-over-gun-control/
http://www.theospark.net/2015/09/everybody-hates-trumpfrom-rico.html
https://s16.postimg.org/5uy09t8hx/Ted_Nugent_2013.jpg
https://d8zh1sw4rf1ay.cloudfront.net/avatar/hd/p8j5.jpg?v=0.1.127
http://dailyheadlines.net/2015/07/breasts-now-we-know-the-science-behind-why-men-love-them-so-much/
http://dailyheadlines.net/2015/09/hysterical-ted-nugent-if-obamas-a-christian-then-im-a/#
http://www.hooch.net/wp-content/uploads/2016/09/001-ted-nugent-254933.jpg
https://jonathanturley.files.wordpress.com/2016/02/220px-ted_nugent_2013.jpg
http://1.bp.blogspot.com/-PVJUfiM8Y70/VgAU70LHIsI/AAAAAAAC5-U/p9HzUp6sT10/s400/Ted%2BNugent.jpg

10. As of Nov 1, 2017, the following URLs contain an infringement of my copyrighted photograph of Tom Petty.

4

https://www.famemoose.com/tom-petty
https://www.patreon.com/posts/bdsers-sadly-put-14678975
www.timesofisrael.com/tom-petty-confederate-flag-looks-to-a-black-person-like-a-swastika-looks-to-a-jew/
https://trendingviews.co/tom-petty-dead/
http://www.ticketaddiction.com/
https://cdn.famemoose.com/images/tom-petty-primary
https://c10.patreonusercontent.com/3/eyJ3IjoxNjAwfQ%3D%3D/patreon-posts/m1ZkTXrvu227D9PHGzW-Ue7t6-6468r-GvTMmRorF_KWhKg8l6hbnSjY3Adb6mua.jpe?token-time=2145916800&token-hash=oyZ1hy27_nOpcdJpsvMJxFBvjOwk7ceBCE4bOA0dXnE%3D
http://cdn.timesofisrael.com/uploads/2015/07/Tom_Petty_2-e1437151477550-635x357.jpg
https://d6n6n9x6.ssl.hwcdn.net/media/articles/59d462316623ftompettyrocklegendeadat66.jpg
https://s3.amazonaws.com/ticketportal/p/thumbs/179633.jpg

11. As of Nov 1, 2017, the following URLs contain an infringement of my copyrighted photograph of Willie Nelson.

all-notes.com/spare-a-dollar-5-performers-who-really-went-for-broke/
actorhunters.com/Actors/Willie-Nelson.html#.UdTgXWOkwpQ
https://mainerepublicmailalert.com/2017/05/21/breaking-country-music-legend-willie-nelson-just-passed-away-surrounded-by-his-family-we-will-greatly-miss-him/
randomstoryteller.com/2014/07/09/thank-god-hes-a-country-boy/
smoking-loud.com/celebrities/willie-nelson/
www.spiritleafministries.org/the-leaflet/view-leaflet-listing/25-alcohol
the420times.com/2013/07/country-music-artists-could-help-legalize-marijuana-but-will-they/
http://all-notes.com/wp-content/uploads/2012/07/2_600x720.jpg

https://upload.wikimedia.org/wikipedia/commons/b/b0/Willie_Nelson_at_Farm_Aid_2009_-_Cropped.jpg
http://randomstorytellerdotcom.files.wordpress.com/2014/07/cropped-larry-philpot-www-soundstagephotography-com-willie_nelson_at_farm_aid_2009_-_cropped_pe.jpg?w=245&h=300
http://smoking-loud.com/wp-content/uploads/2013/06/Willie-Nelson-1.jpg
http://www.spiritleafministries.org/images/Willie_Nelson_at_Farm_Aid_2009_-_Wikipedia_SAVED.jpg
http://3s0ugl1qamwo3v5dm83nwpw0.wpengine.netdna-cdn.com/wp-content/uploads/2013/07/willie-nelson-3.jpg

12.   Each of the domain names used in of these URLs is registered to Domains By Proxy, Inc., a privacy service.

5

13. The purpose of this subpoena is to obtain the identity of the infringer. The information I obtain from the subpoena will be used for the purpose of protecting my rights under the Copyright Act.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of December, 2017.

_____
Larry Philpot

Schedule A

Documents sufficient to show the name, address, telephone number and email address for the (a) registrant, (b) administrative contact and (c) technical contact of the following domain names:

[List]

**all-notes.com**
**Thegatewaypundit.com**
**cavemancircus.com**
**contender.com**
**dailyheadlines.com**
**famemoose.com**
**hooch.net**
**hotapplenews.com**
**jonathanturley.org**
**laurelcanyonradio.com**
**longroom.com**
**mainerepublicmailalert.com**
**notinhalloffame.com**
**patreon.com**
**popslam.com**
**random.com**
**smokingloud.com**
**spiritleaf.org**
**takinbreeze.com**
**the420times.com**
**thenewscommentator.com**
**theospark.net**
**timesofisrael.com**
**trendingviews.co**
**ticketaddiction.com**