FILED ___ LODGED
RECEIVED ___ COPY

FEB 1 6 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ B DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

Larry G. Philpot,

        Plaintiff,

    v.

Domains by Proxy, Inc.

        Defendant.

Civil Action No.: 2:17-cv-00069 –PHX–

**MC-17-00069-PHX**

## MOTION FOR ENTRY OF DEFAULT

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff Larry Philpot. ("Philpot") respectfully requests that the Court enter default against Defendant Domains by Proxy, Inc. ("Domains"). Domains has failed to answer or otherwise defend against Plaintiff's Complaint within the relevant time period as required by Federal Rule of Civil Procedure 12. As such entry of default is proper.

On December 13, 2017, Philpot filed a Complaint against Domains alleging copyright infringement of certain photographs. (Dkt. No. 1.) The Complaint and Summons was served on Domains on the same day, Dec 13, 2017.

Philpot asserted claims for Domains holding themselves out to the world as the owners of certain internet domain names, while concealing the true owners' names, for a yearly fee. The listed internet domain names are listed in the Complaint, and were, as of the date of the Complaint, displaying or utilizing Plaintiff Philpot's registered, copyrighted photographs without license or permission. Plaintiff's suit was for the true owner's information for prosecution of Copyright infringement.

Philpot, on or about Jan 14, 2018, contacted Domains by email, telling them they were overdue with answering the Complaint. Domains responded to Philpot that Domains was unaware of a lawsuit. Plaintiff, as a courtesy, emailed a copy of the Complaint, and was told that Domains has a lot of requests, but Philpot should expect the true owner's information in "a couple of weeks."

Defendant Domains has failed to answer Philpot's claims within the time period provided by the Federal Rules of Civil Procedure. Rule 12 requires that a party must serve an answer to a counterclaim within twenty-one days after being served with those counterclaims. Because Plaintiff Philpot served its Complaint on December 13, 2017, and again on January 14, 2018, Domains was required to answer those claims by February 4, 2018. He did not. It is now February 16, 2018  -over sixty days since service of Philpot's Claims and well past the deadline for Domains to respond.

Because Defendant Domains by Proxy, Inc. has failed to answer or otherwise defend against Philpot's Claims as required by Rule 12,  Plaintiff Philpot respectfully requests that the Court enter default against Defendant Domains by Proxy, Inc. and deem Domains as the owner.

Respectfully submitted

Dated:  February 16, 2018

Larry Philpot

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

Larry G. Philpot,

     Plaintiff,

  v.

Domains by Proxy, Inc.

     Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.: 2:17-cv-00069

**ORDER FOR ENTRY OF DEFAULT**

The Clerk of Court for the United States District Court for the District of Arizona, having noted that the Defendant in the above-captioned matter, Domains by Proxy, Inc., has failed to answer or otherwise defend against Plaintiff's Complaint as provided under the Federal Rules of Civil Procedure.

The Clerk hereby enters the default of Defendant Domains by Proxy, Inc., pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated this_____ day of February, 2018.

              _____

              Clerk of Court
              United States District Court
              Western District of Wisconsin

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

Larry G. Philpot,                            )
                                             )
                Plaintiff,                   )
                                             )        Civil Action No.: 2:17-cv-00069
        v.                                   )
                                             )
Domains by Proxy, Inc.                       )
                                             )
                Defendant.                   )
                                             )
                                             )

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the following documents:

1. Motion for Entry of Default
2. Proposed Order for Default

was served, by First Class Mail to the following address on this *16th* day of Feb, 2018.

Domains by Proxy, Inc.
14455 N. Hayden Road
Scottsdale, AZ 85260

Larry Philpot