Paula L. Zecchini, AZ Bar No. 031880
COZEN O'CONNOR
999 Third Avenue, Suite 1900
Seattle, WA 98104
Telephone: (206) 340-1000
Facsimile: (206) 621-8783
E-mail: pzecchini@cozen.com

Attorneys for Defendant
DOMAINS BY PROXY, LLC, erroneously sued as DOMAINS BY PROXY, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| LARRY G. PHILPOT, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>DOMAINS BY PROXY, INC., a Delaware Corporation,<br><br>    Defendant. | Case No.: 2:17-mc-00069-DGC<br><br>**NOTICE OF APPEARANCE** |

**NOTICE IS HEREBY GIVEN** that Paula L. Zecchini of the law firm of Cozen O'Connor is hereby entering an appearance on behalf of Defendant Domains by Proxy, LLC erroneously sued as Domains By Proxy, Inc.  Request is made upon all parties and the Court to serve all notices and pleadings on the undersigned as counsel for Defendant.

Dated:  February 26, 2018

**COZEN O'CONNOR**
Paula L. Zecchini

By: *s/ Paula L. Zecchini*
Paula L. Zecchini

Attorneys for Defendant
DOMAINS BY PROXY, LLC erroneously sued as DOMAINS BY PROXY, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies, under penalty of perjury under the laws of the State of Arizona, that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system on February 26, 2018. On that same date, I served a true and correct copy of the foregoing document by First Class United States Mail on:

> Larry G. Philpot
> 8125 Halyard Way
> Indianapolis, IN 46236
>
> *Pro se Plaintiff*

SIGNED AND DATED this 26th day of February, 2018 at Seattle, Washington.

COZEN O'CONNOR

By:   *s/ Paula L. Zecchini*
         Paula L. Zecchini
