```
____ FILED          ____ LODGED
____ RECEIVED       ____ COPY

        MAR 0 5 2018

  CLERK U S DISTRICT COURT
    DISTRICT OF ARIZONA
BY _____ DEPUTY
```

TPN Media Group
Self Representation
202-256-0285
6209 STE. 187 Mid Rivers Mall dr
St Charles, MO 63304

United States District Court
for the District of Arizona

## Case NO. MC-17-0069-PHX

IN THE MATTER OF                    )
                                    )
**Larry G. Philpot**                )        **Motion to Quash Subpoena**
VS                                  )              **duces tecum**
Domains by Proxy, INC               )
                                    )
_____     )

This the 22day of February 2018.

Justin Wood

TPN Media Group

6209 STE. 187 Mid Rivers Mall Dr
St Charles, MO 63304